Cheshire
No. 81-297

THE STATE OF NEW HAMPSHIRE

v.

MICHAEL MCGANN

June 11, 1982

*Arthur L. Trombly*, of Keene, by brief and orally, for intervenor Abbott Laboratories.

*Michael McGann*, of Winchester, by brief and orally, *pro se.*

MEMORANDUM OPINION

The defendant asserts that the evidence adduced at trial was insufficient to allow the Superior Court (*Dunfey*, C.J.) to determine ownership of a 1979 Ford Thunderbird automobile. The court was presented with conflicting evidence regarding the vehicle identification number and other matters. It is the fact-finder's function to weigh conflicting evidence and to assess its credibility. *New Hampshire Supply Co. v. Steinberg*, 121 N.H. 506, 509, 433 A.2d 1247, 1249 (1981); *see Streit v. Callahan*, 122 N.H. 244, 444 A.2d 495 (1982). There is evidence in the record to support the trial court's findings. *See New Hampshire Supply Co. v. Steinberg*, 121 N.H. at 510, 433 A.2d at 1249.

*Affirmed.*